UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| REPSOL YPF, S.A., | : | |
| Plaintiff, | : | 12 Civ. 4018 (TPG) |
| - against - | : | NOTICE OF MOTION |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the accompanying declaration of Edward Scarvalone and exhibits attached thereto, the memorandum of law, and all prior proceedings had herein, the Republic of Argentina, through its undersigned attorneys, moves this Court, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, shall be served in accordance with Local Civil Rule 6.1(b).

Dated: New York, New York
       January 22, 2013

                                          Respectfully submitted,

                                          DOAR RIECK KALEY & MACK

                 By:    /s/ Edward Scarvalone
                        EDWARD SCARVALONE
                        217 Broadway, 7th Floor
                        New York, New York 10007
                        Tel.: (212) 619-3730
                        Fax: (212) 962-5037
                        Email: escarvalone@doarlaw.com

                    JONATHAN A. WILLENS LLC

By:    /s/ Jonathan A. Willens
       JONATHAN A. WILLENS
       217 Broadway, 7th Floor
       New York, New York 10007
       Tel.: (212) 637-3749
       Email: jawillens@briefworks.com

*Attorneys for Defendant*
*The Republic of Argentina*