UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

REPSOL YPF, S.A.,

                       Plaintiff,

      – against –

THE REPUBLIC OF ARGENTINA.

                       Defendant.

------------------------------------------------------------x

12 Civ. 4018 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2013

      Plaintiff Repsol YPF, S.A. ("Repsol") brings this action against the Republic of Argentina (the "Republic") for allegedly failing to comply with the disclosure requirements of Section 13(d) of the Securities Exchange Act of 1934. The Republic moves to dismiss the case pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6). For the reasons stated by the court at oral argument on September 6, 2013, defendant's motion is denied.

      Accordingly, the Clerk of Court is respectfully directed to terminate the motion located at Doc. No. 10.

      SO ORDERED.

Dated: New York, New York
          September 6, 2013

                                           Thomas P. Griesa
                                           U.S. District Judge