UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| REPSOL YPF, S.A., | : | |
| Plaintiff, | : | 12 Civ. 4018 (TPG) |
| - against - | : | NOTICE OF APPEAL |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that defendant the Republic of Argentina ("the Republic") hereby appeals to the United States Court of Appeals for the Second Circuit from the Order dated September 6, 2013, Hon. Thomas P. Griesa, United States District Judge, denying the Republic's motion to dismiss based upon, *inter alia*, sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-11.

Dated:  New York, New York
        September 20, 2013

                                          DOAR RIECK KALEY & MACK

                           By:     /s/ Edward Scarvalone
                                   EDWARD SCARVALONE
                                   217 Broadway, 7th Floor
                                   New York, New York 10007
                                   Tel.:  (212) 619-3730
                                   Email: escarvalone@doarlaw.com


                                          JONATHAN A. WILLENS LLC

                           By:     /s/ Jonathan A. Willens
                                   JONATHAN A. WILLENS
                                   217 Broadway, 7th Floor
                                   New York, New York 10007
                                   Tel.:  (212) 637-3749
                                   Email: jawillens@briefworks.com

                                   *Attorneys for Defendant*
                                   *The Republic of Argentina*

To: Christopher R. Harris, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

*Attorneys for Plaintiff*