UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REPSOL YPF, S.A.[1],

                Plaintiff,

- against -

REPUBLIC OF ARGENTINA,

                Defendant.

12 Civ. 4018 (TPG) (FM)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Repsol, S.A and Defendant Republic of Argentina, by and through their respective counsel, that the above-captioned case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May  9  , 2014

LATHAM & WATKINS LLP

By: _____
CHRISTOPHER R. HARRIS
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
christopher.harris@lw.com

*Attorneys for Plaintiff*

DOAR RIECK KALEY & MACK

By: _____
EDWARD SCARVALONE
217 Broadway, 7th Floor
New York, New York 10007
Tel: (212) 619-3730
escarvalone@doarlaw.com

*Attorneys for Defendant*

---

[1] Now known as Repsol, S.A.